**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **JR Cartage, Inc.,** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **18-01324** |

■ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Illinois Dept of Revenue**<br>**POBox 64338**<br>**Chicago, IL 60664** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $660,000.00 | $0.00 |
|  | Date or dates debt was incurred<br>**12/13** | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number<br>**XXXXXXXXXX**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**IRS**<br>**POBox 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,650,000.00 | $0.00 |
|  | Date or dates debt was incurred<br>**2012-2016** | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number **XXXX**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | JR Cartage, Inc., | Case number (if known) | 18-01324 |
|---|---|---|---|
| | Name | | |

### 3.1
**Nonpriority creditor's name and mailing address**
**1&1 INTERNET**
**10950 Strang Line Rd**
**Lenexa, KS 66215**

Date(s) debt was incurred  **15**
Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utility**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

### 3.2
**Nonpriority creditor's name and mailing address**
**1st Ayd Corporation**
**1325 Gateway Dr**
**Elgin, IL 60124**

Date(s) debt was incurred  **16**
Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

### 3.3
**Nonpriority creditor's name and mailing address**
**1st Priority Services**
**1000 N Vila Ave**
**Villa Park, IL 60181**

Date(s) debt was incurred  **14**
Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Postal Service**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

### 3.4
**Nonpriority creditor's name and mailing address**
**AAA Minnesota**
**c/o  Wibur & Associates**
**210 Landmark Dr**
**Normal, IL 61761**

Date(s) debt was incurred  **15**
Last 4 digits of account number  **XXXXXXXXXXXX**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lawsuit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$27,010.22**

---

### 3.5
**Nonpriority creditor's name and mailing address**
**Able Leaseing Consultants**
**1938 S Mannjeim Rd**
**Westchester, IL 60154**

Date(s) debt was incurred  **16**
Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Truck Lease**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

### 3.6
**Nonpriority creditor's name and mailing address**
**Acion Truck Parts**
**1 Seidel Ct**
**Bolingbrook, IL 60490**

Date(s) debt was incurred  **15**
Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Truck Parts**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

### 3.7
**Nonpriority creditor's name and mailing address**
**ADT Security**
**POBox 650485**
**Dallas, TX 75265**

Date(s) debt was incurred  **16**
Last 4 digits of account number  **X088**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Service**

Is the claim subject to offset?  ■ No  ☐ Yes

**$486.95**

| Debtor | **JR Cartage, Inc.,** | Case number (if known) | **18-01324** |
|---|---|---|---|
| | Name | | |

---

**3.8** **Nonpriority creditor's name and mailing address**
**All State and Blasiuis**
**c/o Kelly & Karras**
**1010 Jorie Blvd, Ste 100**
**Oak Brook, IL 60523**

Date(s) debt was incurred  **16**
Last 4 digits of account number  **XXXXxxxxx**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accident / law Suit**

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

**3.9** **Nonpriority creditor's name and mailing address**
**Alliance One C/o North Texas Toll**
**6160 Mission George Rd**
**Ste 300**
**San Diego, CA 92120**

Date(s) debt was incurred  **16**
Last 4 digits of account number  **XXXXXXXXXXXXX**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tolls**

Is the claim subject to offset?  ■ No   ☐ Yes

**$1,356.70**

---

**3.10** **Nonpriority creditor's name and mailing address**
**American Express**
**POBox 0001**
**Los Angeles, CA 90096**

Date(s) debt was incurred  **16**
Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No   ☐ Yes

**$3,038.00**

---

**3.11** **Nonpriority creditor's name and mailing address**
**American Express**
**POBox 981537**
**El Paso, TX 79998**

Date(s) debt was incurred  **12/07**
Last 4 digits of account number  **XXXXXXXXXXXX**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No   ☐ Yes

**$66,077.00**

---

**3.12** **Nonpriority creditor's name and mailing address**
**Assett Recovery**
**c/o Captial One**
**2200 E Devon Ave, Ste 200**
**Des Plaines, IL 60018**

Date(s) debt was incurred  **15**
Last 4 digits of account number  **X152**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Business**

Is the claim subject to offset?  ■ No   ☐ Yes

**$11,970.84**

---

**3.13** **Nonpriority creditor's name and mailing address**
**BMO Harris**
**770 N Water Street**
**Milwaukee, WI 53202**

Date(s) debt was incurred  **16**
Last 4 digits of account number  **L103**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan (Business)**

Is the claim subject to offset?  ■ No   ☐ Yes

**$450,741.09**

---

**3.14** **Nonpriority creditor's name and mailing address**
**BMO Harris Transportation Fin**
**POBox 71951**
**Chicago, IL 60694**

Date(s) debt was incurred  **663026xxx**
Last 4 digits of account number  **5126**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset?  ■ No   ☐ Yes

**$16,155.63**

---

| Debtor | JR Cartage, Inc., | Case number (if known) | 18-01324 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Chad Clough**<br>**c/o**<br>Date(s) debt was incurred  **15 L 59**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Accident Lawsuit**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Citi Card**<br>**701 E 60th Street**<br>**Sioux Falls, SD 57104**<br>Date(s) debt was incurred  **2/1**<br>Last 4 digits of account number  **XXXXXXXXXXXXXX** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Credit Card**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$33,926.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Comdata**<br>**5301 Maryland Way**<br>**Brentwood, TN 37027**<br>Date(s) debt was incurred  **16**<br>Last 4 digits of account number  **XXXXXXXXXXX** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Service**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,245.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**ComEd**<br>**POBox 6111**<br>**Carol Stream, IL 60197**<br>Date(s) debt was incurred  **16**<br>Last 4 digits of account number  **XXXX** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Utilities**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$645.81** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Daimler Truck Financial**<br>**POBox 5260**<br>**Carol Stream, IL 60197**<br>Date(s) debt was incurred  **16**<br>Last 4 digits of account number  **XXXX** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Lease**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$6,417.89** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Driving Momentum USA**<br>**POBox 73681**<br>**Houston, TX 77273**<br>Date(s) debt was incurred  **16**<br>Last 4 digits of account number  **XXXX** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Leased Drivers**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$8,187.75** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Georgia Dept. of Revenue**<br>**POBox 105499**<br>**Atlanta, GA 30348**<br>Date(s) debt was incurred  **16**<br>Last 4 digits of account number  **XXXXXXXXXXXX** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Taxes**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$63.56** |

Debtor  **JR Cartage, Inc.,**                                               Case number (if known)  **18-01324**
         Name

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** <br> **Goodyear Tires** <br> **3301 Mound Rd** <br> **Joliet, IL 60436** <br> Date(s) debt was incurred  **7/16** <br> Last 4 digits of account number  **XXXXXXXXXX** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Goods** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$2,181.00** |
| 3.23 | **Nonpriority creditor's name and mailing address** <br> **Harris & Harris** <br> **111 W. Jackson** <br> **Chicago, IL 60604** <br> Date(s) debt was incurred  **16** <br> Last 4 digits of account number  **0xxx** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Illinois Tolls** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$225.00** |
| 3.24 | **Nonpriority creditor's name and mailing address** <br> **Indiana Dept of Revenue** <br> **POBox 0595** <br> **Indianapolis, IN 46206** <br> Date(s) debt was incurred  **16** <br> Last 4 digits of account number  **XXXXXXXXXXXXX** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Taxes** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$154.72** |
| 3.25 | **Nonpriority creditor's name and mailing address** <br> **Isuzu Finance** <br> **7865 Solution Center** <br> **Chicago, IL 60677** <br> Date(s) debt was incurred  **6/16** <br> Last 4 digits of account number  **9xxx** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Rental** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$33,840.27** |
| 3.26 | **Nonpriority creditor's name and mailing address** <br> **Isuzu Finance of America** <br> **2500 Westchester Ave** <br> **Suite 312** <br> **Purchase, NY 10577** <br> Date(s) debt was incurred  **2015** <br> Last 4 digits of account number  **7xxx** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Contract Lease** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$4,478.90** |
| 3.27 | **Nonpriority creditor's name and mailing address** <br> **Jose Sanchez Barros** <br> **721 Parkway Ave** <br> **Elgin, IL 60120** <br> Date(s) debt was incurred  **17** <br> Last 4 digits of account number  **L733** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Accident** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.28 | **Nonpriority creditor's name and mailing address** <br> **Mack Financial Services** <br> **POBox 7247** <br> **Philadelphia, PA 19170** <br> Date(s) debt was incurred  **5/16** <br> Last 4 digits of account number  **XXXXXXXXXXXXXXXX** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Services** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$33,215.00** |

Debtor **JR Cartage, Inc.,**  Case number (if known) **18-01324**
Name

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Mercedes Benz Financial**<br>**POBox 5209**<br>**Chicago, IL 60656**<br>Date(s) debt was incurred **16**<br>Last 4 digits of account number **7001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,800.41** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Milestone trailer Lease**<br>**POBox 205580**<br>**Dallas, TX 75320**<br>Date(s) debt was incurred **16**<br>Last 4 digits of account number **X096** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Trailer Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,189.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**NTS Trailer**<br>**c/o Edgerton & Edgerton**<br>**125 Wood St, POBox 218**<br>**Wheaton, IL 60189**<br>Date(s) debt was incurred **16**<br>Last 4 digits of account number **XXXXXXXXXXX** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | **$71,664.34** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Penske Truck & Leasing**<br>**c/o Synter Resorce Group**<br>**5935 River Ave, ste 102**<br>**Charleston, SC 29406**<br>Date(s) debt was incurred **16**<br>Last 4 digits of account number **x378** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | **$721.88** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Phycians**<br>**POBox 8799**<br>**Carol Stream, IL 60197**<br>Date(s) debt was incurred **16**<br>Last 4 digits of account number **XXXXXXXXXXXXXXX** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Medical Payments**<br>Is the claim subject to offset? ■ No ☐ Yes | **$902.00** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Pomp's Tire Service**<br>**POBox 1630**<br>**Green Bay, WI 54305**<br>Date(s) debt was incurred **3/16**<br>Last 4 digits of account number **xxxx** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Service**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,582.00** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Praxair**<br>**12000 Roosevlt Rd**<br>**Hillside, IL 60162**<br>Date(s) debt was incurred **12/16**<br>Last 4 digits of account number **x848** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Safty Service**<br>Is the claim subject to offset? ■ No ☐ Yes | **$205.00** |

Debtor **JR Cartage, Inc.,**
Name

Case number (if known) **18-01324**

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Seimans Finance**<br>**POBox 2083**<br>**Carol Stream, IL 60132**<br><br>Date(s) debt was incurred **1/16**<br>Last 4 digits of account number **XXXX** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Rental**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$10,504.00** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**USI**<br>**2021 Spring Rd**<br>**Oak Brook, IL 60523**<br><br>Date(s) debt was incurred **16**<br>Last 4 digits of account number **XXXXXXXXXXXX** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **insurance Policies**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$12,048.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Varha Sinha**<br>**c/o Kennedy & Associates**<br>**205 West Wacke Dr, Ste 500**<br>**Chicago, IL 60606**<br><br>Date(s) debt was incurred **16**<br>Last 4 digits of account number **7L16** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Accident/Lawsuit**<br>Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Wisconsin Dept. of Revenue**<br>**POBox 8901**<br>**Madison, WI 53708**<br><br>Date(s) debt was incurred **16**<br>Last 4 digits of account number **0847** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Taxes**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$9,118.48** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Wisconsin Dept. of Revenue**<br>**POBox 8901**<br>**Madison, WI 53708**<br><br>Date(s) debt was incurred **16**<br>Last 4 digits of account number **XXXXXXXXX** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Tolls**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$450.00** |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BMO Harris**<br>**POBox 94034**<br>**Palatine, IL 60094** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BMO Harris**<br>**c/o Howard & Howard**<br>**200 S Michigan Ave, Ste 1100**<br>**Chicago, IL 60604** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |

Debtor  **JR Cartage, Inc.,**  
Name

Case number (if known)  **18-01324**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.3 | **BMO Harris**<br>**POB 6201**<br>**Carol Stream, IL 60197** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Citi Card**<br>**POBox 6241**<br>**Sioux Falls, SD 57117** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Howard Soochek & Weber**<br>**1800 E Howard Street**<br>**Milwaukee, WI 53207** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **IRS**<br>**Dept of Treasury**<br>**Kansas City, MO 64999** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **IRS**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **IRS**<br>**POBox 621503**<br>**Atlanta, GA 30362** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **IRS**<br>**Dept of Treasury**<br>**Kansas City, MO 64999** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **James Stancel**<br>**3512 Farmont Ave**<br>**Naperville, IL** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Jon Ellison**<br>**6847 W Cermack Rd**<br>**Berwyn, IL 60402** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Jose Sanchez Barros**<br>**371 N State Street**<br>**Elgin, IL 60120** | Line **3.27**<br>☐ Not listed. Explain ____ | **L733** |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 2,310,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 837,602.44 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 3,147,602.44 |